835 A.2d 707

**DEPARTMENT OF PUBLIC WELFARE, and Clarks Summit State Hospital, Respondents,**

**v.**

**Lena SCHULTZ, Individually and as Executrix of the Estate of Steven Schultz, Deceased, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 12, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of November, 2003, the Petition for Allowance of Appeal is hereby **GRANTED.** The parties are specifically asked to address this Court's decision in *Tulewicz v. Southeastern Pennsylvania Transportation Authority,* 529 Pa. 584, 606 A.2d 425 (1991), *remanded on reh'g,* 529 Pa. 588, 606 A.2d 427 (1992) and the Commonwealth Court's decisions in *Huda v. Kirk,* 122 Pa.Cmwlth. 129, 551 A.2d 637 (1988) and *Quinn v. Commonwealth, Department of Transportation,* 719 A.2d 1105 (Pa.Cmwlth.1998).